## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **OKERA ADOFO,** | |
| *Plaintiff*, | |
| **v.** | **CASE NO.: 1:22-CV-779** |
| **DURHAM COUNTY PUBLIC SCHOOLS BOARD OF EDUCATION,** | |
| *Defendant*. | |

## COMPLAINT AND JURY REQUEST

**NOW COMES** the Plaintiff, Okera Adofo ("Adofo"), and complaining of the Defendant, Durham County Public Schools Board of Education ("DPS"), alleges the following to be true:

### INTRODUCTION

1       This action arises from Defendant's sexual harassment, religious discrimination, and retaliation against Adofo, culminating in his termination in violation of Title VII of the Civil Rights Act of 1934, 42 U.S.C. §§ 2000e *et seq.*

2       Each paragraph of this Complaint incorporates all others, and all exhibits are incorporated as if fully laid out herein.

-1-

## PARTIES, JURISDICTION, AND VENUE

3      Adofo is a resident of Rockingham County, North Carolina, and is neither a minor nor incompetent.

4      DPS is a school district in Durham County, North Carolina.

5      This Court has subject-matter jurisdiction over this action pursuant to any/all of the following:

     5.1      28 U.S.C. § 1331, as the action arises out of 42 U.S.C. §§ 2000e *et seq.*

6      This Court has personal jurisdiction over all parties to this matter pursuant to any/all of the following:

     6.1      Rule 4(k)(1)(A) of the Federal Rules of Civil Procedure, which requires the federal district courts to use the rules for personal jurisdiction of the state where the district court is located;

     6.2      N.C. Gen. Stat. § 1-75.4(1)(c) and (d), as DPS was a domestic corporation engaged in substantial business activity within this state at the time service of process was made upon it.

     6.3      N.C. Gen. Stat. § 1-75.4(3), as this action arises from a local act or omission causing injury to Adofo's person or property.

7      Venue is proper in this Court pursuant to any/all of the following:

**7.1**  28 U.S.C. § 1391(b)(1), as all Defendants are residents of North Carolina and at least one defendant is a resident of the Middle District of North Carolina;

**7.2**  28 U.S.C. § 1391(b)(2), as a substantial part of the events or omissions giving rise to this action occurred in the Middle District of North Carolina.

## STATEMENT OF THE FACTS

8  Adofo is a black, Orthodox Muslim male.

9  Adofo began working for DPS as a high school English teacher at the Southern School of Energy and Sustainability ("Southern") in August 2017.

10  In January 2019, a counselor, Andrea Bradshaw ("Bradshaw"), began making overt sexual advances towards Adofo.

11  Adofo reported Bradshaw to Principal Jerome Leathers ("Leathers") and Vice Principal Joy Bingham ("Bingham").

12  Leathers and Bingham told Adofo they had instructed Bradshaw to stay away from Adofo's classroom, but she did not and Leathers and Bingham did nothing to stop her when Adofo complained again.

13  Shortly afterwards, Bradshaw was charged with indecent liberties with a minor and was terminated.

-3-

14      Assistant Principal Wendy Carpenter ("Carpenter") told Adofo that she leaked the story about Bradshaw to the local news and told him he was going to need allies if he was going to make it there. She then began making overt sexual advances towards Adofo.

15      Carpenter pressured Adofo into a sexual relationship by promising to give him details about how the administration was targeting him because he is Orthodox Muslim.

16      Over a period of about eight months, Carpenter kept Adofo in a sexual relationship he did not want by offering him the support that the administration at Southern refused to provide him.

17      Carpenter controlled Adofo both in and out of work by showing up at his house when he told her he did not want to see her. Adofo stopped answering his phone and door to avoid her.

18      Adofo first reported Carpenter to Leathers in May 2019, but he refused to do anything.

19      Meanwhile, Leathers frequently called Adofo "Malcolm X" and "Farrakhan", references to famous members of the Nation of Islam.

20      Adofo is not and has never been involved with the Nation of Islam.

Leathers insisted on lumping Adofo's Orthodox Muslim religion together with the Nation of Islam because Adofo is black and Muslim, and Leathers did not understand the difference.

Leathers continued to make negative comments to Adofo about Islam based on his understanding of the Nation of Islam, including sending Adofo unsolicited videos of speeches by the Nation of Islam's leaders and prominent members.

Leathers prevented Adofo from teaching programs that other non-Muslim teachers could, such as Shakespeare's Othello, because he was Muslim.

On an all-staff conference call, Leathers accused Adofo of being racist because he is Muslim, again wrongly attributing the black supremacy ideas associated with the Nation of Islam to Adofo's Muslim faith.

Around February 2021, Adofo filed his first charge with the EEOC.

Around the same time Adofo filed his charge, Leathers started allowing Adofo to do programs he wanted to do, but also told him he wanted to do a program about Muslim educators.

Adofo told Leathers he did not feel comfortable being involved with Leathers's Muslim educators program because of Leathers's past behavior towards Adofo's faith, which upset Leathers.

DPS's Office of Equity and Inclusion became concerned with the situation and instructed Adofo to speak with Human Resources.

29 Adofo spoke to Alvera Lesane ("Lesane") in HR and told her everything that had happened with Bradshaw, Carpenter, and Leathers.

30 Lesane told Adofo they were going to investigate Leathers first, then investigate Carpenter.

31 After Adofo spoke to HR, Carpenter left him alone for a while.

32 However, Carpenter later attempted to give Adofo a negative review that would have prevented him from getting his teaching license.

33 Adofo appealed to Leathers, who refused to stop Carpenter.

34 Meanwhile, Adofo won DPS's Teacher of the Year award for 2020-2021, but nobody at Southern told him.

35 The HR investigation drug out for several months, so Adofo filed another charge with the EEOC.

36 In the spring and summer of 2021, Adofo heard nothing about the HR investigation.

37 In the spring and summer of 2021, Adofo never received a contract renewal.

38 In August 2021, Lesane terminated Adofo because he did not show up the first day of school.

39 Adofo did not show up that day because he had assumed he was terminated at the end of the prior school year because DPS never extended him a contract renewal.

40 DPS has 501 or more employees.

## FIRST CAUSE OF ACTION
### Religion Discrimination
*Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e* et seq.

41      Adofo is Muslim, a member of a protected class.

42      Adofo suffered an adverse employment action: termination.

43      At the time of his termination, Adofo was performing at a level that met his employer's legitimate expectations.

44      The adverse action occurred under circumstances giving rise to an inference of unlawful discrimination.

45      Adofo was replaced by a non-Muslim.

## SECOND CAUSE OF ACTION
### Sexual Harassment – Hostile Work Environment
*Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e* et seq.

46      Carpenter's conduct towards Adofo was unwelcome.

47      Carpenter's conduct towards Adofo was based on sex.

48      Carpenter's conduct was sufficiently severe or pervasive to alter Adofo's conditions of employment and create an abusive work environment.

49      Carpenter's conduct was imputable to DPS because she was a supervisor and because Leathers knew about it and took no action to stop it.

## THIRD CAUSE OF ACTION
### Sexual Harassment – Tangible Employment Action
*Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e* et seq.

50    Adofo belongs to a protected group.

51    Carpenter's conduct towards Adofo was sexual in nature.

52    Adofo suffered a tangible employment action.

53    Carpenter placed sexual demands on Adofo.

54    There is a nexus between the tangible action and Adofo's acceptance or rejection of the sexual demands.

## FOURTH CAUSE OF ACTION
### Retaliation
*Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e* et seq.

55    Adofo engaged in protected activities.

56    Adofo suffered an adverse employment action: termination.

57    There is a causal connection between Adofo's protected activities and his termination.

## REQUEST FOR JURY TRIAL

58    Plaintiff requests a trial by jury on all issues so triable.

   WHEREFORE, the Plaintiff respectfully requests this Court that it:

1    Enter Judgment for Adofo against Defendant on all causes of action contained herein;

2    Award Adofo damages, including punitive damages, in an amount to be determined at trial;

-8-

**3**  Tax the costs of this action against Defendant and award Adofo reasonable attorney fees as permitted by law, and;

**4**  Grant such other and further relief as the Court deems just and proper.

*Respectfully submitted on this, the 15th day of September 2022,*

/s/ **WILSON FONG**
*Attorney for the Plaintiff*
NC State Bar No. 50708
HENSEL LAW, PLLC
Post Office Box 39270
Greensboro, North Carolina 27438
Phone: (336) 218-6466
Fax: (336) 218-6467
will.fong@hensellaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2022, I electronically filed the foregoing

Complaint and Request for Jury Trial with the Clerk of Court using the CM/ECF system,

and will serve the following by Certified Mail, return receipt:

> Durham County Public Schools Board of Education
> C/O Bettina Umstead, Chair
> 511 Cleveland Street
> PO Box 30002
> Durham, NC 27702
> *Defendant*

> **/s/ WILSON FONG**
> *Attorney for the Plaintiff*
> NC State Bar No. 50708
> HENSEL LAW, PLLC
> Post Office Box 39270
> Greensboro, North Carolina 27438
> Phone: (336) 218-6466
> Fax: (336) 218-6467
> will.fong@hensellaw.com

-10-